```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>           Plaintiff,  )<br> )<br>    v.                     )<br> )<br> )<br> )<br>SAUL JIMENEZ-AYALA,        )<br> )<br> )<br> )<br>           Defendant.     )<br>_____) | 1:09-CR-314 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND AMENDED<br>ORDER |

Defendant SAUL JIMENEZ-AYALA, by and through his attorney, VICTOR M. CHAVEZ, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the December 21, 2009, hearing date and reset the matter for January 19, 2010, at 9:00 a.m.

    2.  The parties stipulate that the continuance is

necessitated by the parties need to continue negotiations, defense need for further investigation, and government attorney's use or lose annual leave, which is scheduled commencing December 18 through the end of the year.

    3.  The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to present evidence and/or resolve the matter.

DATED: December 17, 2009                      Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              By: /s/ Karen A. Escobar
                                                 KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

                                              /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Attorney for Defendant
                                              Saul Jimenez-Ayala

## O R D E R

    Having read and considered the foregoing stipulation,

    IT IS THE ORDER of the Court that the current hearing date of December 21 is hereby vacated and is reset for January 19, 2010, at 9:00 a.m.

    IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure

to grant the continuance would deny the parties' sufficient opportunity to present evidence and/or resolve the matter.

IT IS SO ORDERED.

Dated:   **December 17, 2009**           **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE