DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAUL JIMENEZ-AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>SAUL JIMENEZ-AYALA,<br><br>　　　　　*Defendant.* | No. 1:09-cr-0314 AWI<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER THEREON<br><br>Date:  February 8, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Saul Jimenez-Ayala, that the status conference currently set for January 19, 2010 at 9:00 a.m. **may be continued to February 8, 2010, at 9:00 a.m.**

　　　This continuance request is made because counsel for Defendant Jimenez-Ayala will be in trial on the current date of January 19, 2010. Assistant United States Attorney, Karen A. Escobar, does not oppose this continuance.

　　　This continuance will conserve time and resources for both parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 14, 2010                    By:  /s/ *Karen A. Escobar*
                                                          KAREN A. ESCOBAR
                                                          Assistant United States Attorney
                                                         Counsel for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 14, 2010                    By:  /s/ *Victor M. Chavez*
                                                          VICTOR M. CHAVEZ
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          Saul Jimenez-Ayala

## ORDER

IT IS SO ORDERED.

**Dated:   January 14, 2010**                    /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE