1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  SAUL JIMENEZ-AYALA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:09-cr-0314 AWI
                                     )
12                Plaintiff,         )   STIPULATION CONTINUING  STATUS
                                     )   CONFERENCE; ORDER THEREON
13       v.                          )
                                     )   Date:  March 1, 2010
14  SAUL JIMENEZ-AYALA,              )   Time:  9:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
15                Defendant.         )
                                     )
16  _____  )

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender

20  Victor M. Chavez, Counsel for Defendant Saul Jimenez-Ayala, that the status conference currently set for

21  February 8, 2010 at 9:00 a.m. **may be continued to March 1, 2010, at 9:00 a.m.**

22       This continuance request is made because counsel for Defendant Jimenez-Ayala will be in trial on

23  the current date of February 8, 2010. Assistant United States Attorney, Karen A. Escobar, does not oppose

24  this continuance.

25       This continuance will conserve time and resources for both parties and the court.

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                                              BENJAMIN B. WAGNER
                                                                              United States Attorney

DATED: February 4, 2010                           By:  /s/ *Karen A. Escobar*
                                                                                   KAREN A. ESCOBAR
                                                                                    Assistant United States Attorney
                                                                                    Counsel for Plaintiff

                                                                                 DANIEL J. BRODERICK
                                                                                 Federal Defender

DATED: February 4, 2010                           By:  /s/ *Victor M. Chavez*
                                                                                    VICTOR M. CHAVEZ
                                                                                   Assistant Federal Defender
                                                                                  Attorney for Defendant
                                                                                 Saul Jimenez-Ayala

## ORDER

IT IS SO ORDERED.

**Dated:     February 4, 2010**                      /s/ Anthony W. Ishii
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE