DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAUL JIMENEZ-AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAUL JIMENEZ-AYALA,<br><br>　　　　　　Defendant. | No. 1:09-cr-0314 AWI<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER THEREON<br><br>Date:　June 21, 2010<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Saul Jimenez-Ayala, that the status conference currently set for April 26, 2010 at 9:00 a.m. **may be continued to June 21, 2010, at 9:00 a.m.**

　　　This continuance request is made because counsel for Defendant Jimenez-Ayala is requesting additional time for defense preparation and plea negotiations. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 22, 2010                By:  /s/ *Karen A. Escobar*
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney
                                          Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 22, 2010                By:  /s/ *Victor M. Chavez*
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Saul Jimenez-Ayala

**ORDER**

IT IS SO ORDERED.

**Dated:   April 24, 2010**            /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

Stipulation Continuing Motions Filing and Evidentiary/
Motions Hearing and Order Thereon              2